IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**     September 9, 1999

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

NACO INTERNATIONAL CORPORATION,
et al

vs                                                CIVIL 98-1634CCC

JUST FOR FEET, INC.

By order of the Court, having considered the Motion Requesting Leave to File Faxed Copies Declarations Under Penalty of Perjury (**docket entry 33**), the same is DENIED as MOOT, the originals have been already filed. Defendant's Motion Requesting Brief Extension of Time to File Concurrently Responses (**docket entry 34**) is DENIED as MOOT. Defendant's Motion Requesting Leave to File Faxed Copies of Declarations under Penalty of Perjury (**docket entry 36**) is DENIED as MOOT since the originals have already been filed. Defendant's Motions for Substitution Original Declarations (**docket entries 39 and 40**) are NOTED. Parties to be notified.

s/c: E. Vazquez
G. Kim

SEP 10 1999

- Secretary

RECD.   TO JUDGE
SEP 10 1999