IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                August 30, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

NACO INTERNATIONAL CORPORATION,
et al

Plaintiffs

vs                                                CIVIL 98-1634CCC

JUST FOR FEET, INC.

Defendant

---

By order of the Court, the motions for extension of time (**docket entries 45 & 54**) are MOOT.

The Motion Regarding Filing of Voluntary Bankruptcy and for Automatic Stay of Procedures filed by defendant Just for Feet, Inc. (**docket entry 55**) is NOTED and GRANTED.

The Motion Informing Conversion of Bankruptcy Petition to Chapter 7 of the Bankruptcy Code filed by defendant Just for Feet, Inc. (**docket entry 56**) is NOTED and GRANTED.

In view of this conversion and the stay, the Court will dismiss all the motions still pending in the case (**docket entries 16, 30, 32 & 37**), without prejudice of being refiled when the bankruptcy stay is lifted. Parties to be notified.

s/c Vázquez

Céspedes

AUG 31 2000

- Secretary