IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
APR - 5 2001 PURSUANT
TO FRCP RULES 58 & 79

NACO INTERNATIONAL CORPORATION, CASAN CORPORATION, ALEX AGUIRRECHU, d/b/a ATHLETIC ATTIC

Plaintiffs

vs   CIVIL 98-1634CCC

JUST FOR FEET, INC.

Defendant

## JUDGMENT

Having considered plaintiffs' Motion for Voluntary Dismissal filed on March 28, 2001 (**docket entry 58**), the same is GRANTED and this action is hereby DISMISSED, with prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on April 2, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( 7 )
attys/pts
in ICMS

APR - 5 2001

AO 72A
(Rev.8/82)